Case 8:03-cr-00430-RAL Document 32 Filed 10/10/07 Page 1 of 3 PageID 44
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:03-cr-430-T-26MAP |
| DIEGO QUILES-LEON | USM Number: 17520-069 |
| | |
| | Mary Mills, pda |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _1, 2, 3 and 4_ of the terms of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failed to submit written monthly reports for the months of August and September 2004 in violation of condition 2 of the standard conditions of supervision. | 9/25/2007 |
| 2 | Failed to notify the probation officer that he had changed his residence in violation of condition 6 of the standard conditions of supervision. | 9/25/2007 |

**Continuation of Violations Listed on Page 2**

The defendant is sentenced as provided in pages 3 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 10, 2007
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

/0/(0/17
Date

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | On May 17, 2004 and May 25, 2004 defendant submitted urine specimens which tested positive for cocaine; on June 2, 2004, the defendant tested positive for marijuana and cocaine; On August 18, 2004, the defendant tested positive for marijuana and cocaine in violation of condition 7 of the standard conditions of supervision. | 9/25/2007 |
| 4 | On September 8, 2004 the defendant was discharged unsuccessfully from drug aftercare and mental health treatment due to continuous drug use and failure to attend treatment in violation of the special condition requiring participation in drug and mental health treatment as set forth in the revocation of supervised release judgment. | 9/25/2007 |

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: Diego Quiles-Leon | Judgment - Page _3_ of _3_ |
| Case No.: 8:03-cr-430-T-26MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIX (6) MONTHS**

__X__ The Court makes the following recommendations to the Bureau of Prisons: That the defendant be sent to FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m.  on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL